# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DAVID W. HUFFMAN,**

    **Plaintiff,**

    v.

**CHAPLAIN RECKEL,**

    **Defendant.**

Case No. 2:22-cv-160
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter arises on the Report and Recommendation issued by the Magistrate Judge on March 4, 2022 (the "Report"). (ECF No. 5.) The time for filing objections has passed, and no objections to the Report have been filed. Accordingly, the Court **ADOPTS** the Report. (*Id*.) For the reasons stated therein, the Court presumes that Plaintiff is not a pauper, and, accordingly: (1) **DENIES** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1); and (2) **ASSESSES** him the Court's filing fee of $402.00. Pursuant to the Report, Plaintiff's cause of action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

This case is to be closed on the docket of this Court.

    **IT IS SO ORDERED.**

**4/6/2022**  
**DATE**

**s/Edmund A. Sargus, Jr.**  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**